**The STATE of Louisiana ex rel. Wesley Joseph SONNIER**

**v.**

**Charles H. DAMERON, Assistant District Attorney.**

No. 47014.

Dec. 4, 1963.

In re: Wesley Joseph Sonnier applying for writ of mandamus.

Writs refused. In view of the nolle prosequi entered by the District Attorney in the cause complained of the issues raised in the application have become moot.

158 So.2d 612

**Succession of Edward L. SHEPARD.**

No. 46990.

Dec. 16, 1963.

In re: Louis C. LaCour, Executor, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 287.

Writ refused. The judgment is correct.

158 So.2d 612

**Mrs. Theresa BOHLENDER, widow of August F. FRIEDEL, Sr.**

**v.**

**BAYOU TOURS, INC., and Marquette Casualty Company et al.**

No. 46999.

Dec. 16, 1963.

In re: Mrs. Theresa Bohlender, widow of August F. Friedel, Sr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 156 So.2d 255.

Writ refused. On the facts found by the Court of Appeal the result is correct.